NICHOLAS McKENNA, as Ancillary Executor of GERTRUDE MALNATI, Deceased, Appellant, *v.* METROPOLITAN LIFE INSURANCE COMPANY, Respondent.

*Appeal — order of Appellate Division reversing order granting motion for summary judgment and denying motion — appeal to Court of Appeals dismissed.*

*McKenna* v. *Metropolitan Life Ins. Co.,* 220 App. Div. 53, appeal dismissed.

(Argued December 6, 1927; decided January 10, 1928.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 25, 1927, which reversed a judgment in favor of plaintiff entered upon an order of Special Term granting a motion for summary judgment and denied said motion.

*Fred Iscol* and *Hector McG. Curran* for appellant.

*James C. Van Siclen* and *Henry C. Frey* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.